| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Catrina Lisette Frost** | | Social Security number or ITIN   **xxx–xx–2574** |
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN   _ _ _ _ |
| | | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Georgia** | | | Date case filed for chapter   **13**   8/21/17 |
| Case number:   **17–11025 aec** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Catrina Lisette Frost | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 81 Blackbird Street Leary, GA 39862 | |
| 4. | **Debtor's attorney** Name and address | Robert J. Pinnero Robert J. Pinnero, PC 510–D W. Broad Avenue P.O. Box 1379 Albany, GA 31702–1379 | Contact phone 229–436–9661 |
| 5. | **Bankruptcy trustee** Name and address | Kristin Hurst Office of the Chapter 13 Trustee P.O. Box 1907 Columbus, GA 31902–1907 | Contact phone 706–327–4151 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 433 Cherry Street P.O. Box 1957 Macon, GA 31202 | Hours open: Monday – Friday 8:30 AM – 5:00 PM Contact phone (478) 752–3506 Date: 8/21/17 |

**For more information, see page 2**

Debtor **Catrina Lisette Frost**

Case number **17–11025 aec**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 29, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**345 W. Broad Ave., Old Alb. Federal Cths. & Post Ofc., 3rd Floor, Albany, GA 31701** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/28/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/28/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from the date of Order for Relief.** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to file an objection to confirmation:** | **Filing deadline:** Objections to confirmation are due 7 days prior to the first confirmation date. |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: **11/7/17** at **09:00 AM**, Location: **C.B. King U.S. Courthouse, 2nd Floor, U.S. Bankruptcy Courtroom, 201 Broad Avenue, Albany, GA 31701** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Dismissal at Confirmation Hearing** | At the confirmation hearing, the Court will determine whether debtor's plan can be confirmed. If the plan is denied confirmation, the Court may consider any written or oral Motions to Dismiss the Case presented prior to or at the confirmation hearing. For cause, the Court may grant such Motion to Dismiss at the confirmation hearing. | |
| **14. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Middle District of Georgia

In re:                                                              Case No. 17-11025-aec
Catrina Lisette Frost                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-1          User: admin              Page 1 of 1          Date Rcvd: Aug 22, 2017
                             Form ID: 309I             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db              Catrina Lisette Frost,    81 Blackbird Street,    Leary, GA  39862
11502340       +Archbold Medical Center,    920 Cairo Road,    Thomasville, GA 31792-4218
11502341        Calhoun Medical Finance, LLC,    17636 N Highland Avenue,    Arlington, GA 39813
11502342       +Cba Tifton,    321 Main St,    Tifton, GA 31794-4897
11502346       +GC Services,    Attn: Bankruptcy,    6330 Gulfton St.,    Houston, TX 77081-1198
11502348       +Hospital Authority of Miller County,    209 North Cuthbert Street,    Colquitt, GA 39837-3518
11502351       +Mason Easy-Pay,    1251 1st Avenue,    Chippewa Falls, WI 54774-9998
11502352       +Mohela/Dept of Ed,    633 Spirit Drive,    Chesterfield, MO 63005-1243
11502353       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
11502354       +Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
11502356       +The Veranda,    2701 Meredyth Drive,    Albany, GA 31707-2267
11502357        Trading Post,    473 Cedar Street,    Arlington, GA 39813
11502358       +Union Credit Corp,    Po Box 71666,    Albany, GA 31708-1666
11502359       +United Consumer Financial Services,    865 Bassett Rd,    Westlake, OH 44145-1194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pinnerolaw@bellsouth.net Aug 22 2017 18:09:23     Robert J. Pinnero,
                Robert J. Pinnero, PC,    510-D W. Broad Avenue,    P.O. Box 1379,    Albany, GA  31702-1379
tr              E-mail/Text: ebn@ch13trustee.com Aug 22 2017 18:09:37     Kristin Hurst,
                Office of the Chapter 13 Trustee,    P.O. Box 1907,    Columbus, GA  31902-1907
11502337       +EDI: FRAN.COM Aug 22 2017 17:58:00     1st Franklin,    Pob 151,    Blakely, GA 39823-0151
11502338        Fax: 800-813-8164 Aug 22 2017 18:14:08     21st Mortgage Corp,    Attn: Legal,    Po Box 477,
                Knoxville, TN 37901
11502339       +E-mail/Text: gstone@okinus.com Aug 22 2017 18:11:16     A & A Finance,    194 E Broad Street,
                Camilla, GA 31730-1970
11502343       +EDI: WFNNB.COM Aug 22 2017 17:58:00     Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
11502344       +EDI: DCI.COM Aug 22 2017 17:58:00     Diversified Consultant,    Dci,    Po Box 551268,
                Jacksonville, FL 32255-1268
11502345       +E-mail/Text: bknotice@erccollections.com Aug 22 2017 18:10:22     ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
11502347        EDI: GADEPTOFREV.COM Aug 22 2017 17:58:00     Georgia Department of Revenue,
                Compliance Division,    ARCS Bankruptcy,    1800 Century Blvd NE, Ste 9100,    Atlanta, GA 30345
11502349       +EDI: IRS.COM Aug 22 2017 17:58:00     Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
11502350        EDI: JEFFERSONCAP.COM Aug 22 2017 17:58:00     Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                Saint Cloud, MN 56303
                                                                                       TOTAL: 11

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11502355        Stephanie Oliver,    address unknown
                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2017 at the address(es) listed below:
NONE.                                                                       TOTAL: 0