**SO ORDERED.**

**SIGNED this 6 day of February, 2018.**



*Austin E. Carter*
**Austin E. Carter**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | **:** | Chapter 13 Proceeding |
| Catrina Lisette Frost, | **:** | |
| Debtor. | **:** | Case No. 17-11025-aec |

### ORDER

The foregoing Motion to Modify Plan After Confirmation having been read and considered and no objections having been filed,

IT IS HEREBY ORDERED that same be allowed.

END OF DOCUMENT

Order prepared by:
Robert J. Pinnero
Attorney for Debtor
State Bar No. 580389
510-D W. Broad Avenue
Post Office Box1379
Albany, Georgia 31702-1379
(229) 436-9661