**SO ORDERED.**

**SIGNED this 14 day of February, 2018.**



*Austin E. Carter*
**Austin E. Carter**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### Middle District of Georgia

| | |
|---|---|
| **IN RE:**<br>Catrina Lisette Frost<br>81 Blackbird Street<br>Leary, GA 39862 | **CHAPTER 13 CASE NO.** 17-11025-AEC<br><br>**Proceedings for Adjustment of Debts**<br><br>**ORDER DIRECTED TO EMPLOYER** |
| **SOCIAL SECURITY NO.**<br>XXX-XX-2574 | |

### AMENDED ORDER

After notice and hearing, a plan has been confirmed by the Court formulating periodic payments by the Debtor to the Trustee for adjustment of debts, to be disbursed as required by law; and

It appearing to the Court that in the best interest of efficient administration of the Debtor's estate, the Debtor's employer should deduct the sum proposed by the Debtor's plan from the disposable earnings of the Debtor and tender said sum to the Trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

**ORDERED** that the employer

Keystone Foods
Attn: Payroll
6767 Old Madison Pike, Bldg 5, Suite 500
Huntsville, AL 35806

be and is directed to deduct the sum of **$315.00  monthly (or $157.50 semimonthly, $157.50 biweekly, or $78.75 weekly)**  from the disposable earnings of the Debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as the Debtor is employed by said employer, or until further Order of this Court, or until further notified by the Trustee that the deduction may be terminated, and shall transmit such funds withheld to the **CHAPTER 13 TRUSTEE FOR THE MIDDLE DISTRICT OF GA, P.O. BOX 116347, ATLANTA, GA 30368-6347,** not later than the 10th day of each month following the month such funds are withheld. All checks should be made payable to **The Chapter 13 Trustee, Middle District of Georgia.**

**FURTHER ORDERED** that the employer shall not pay to the Debtor such stated sum due to the Trustee.

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments pending against this Debtor.

**FURTHER ORDERED** that the employer may not deduct any sum from the Debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court P.O. Box 1957, Macon, GA 31202.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the Employer, Debtor, counsel for Debtor and the Trustee.

END OF DOCUMENT

/s/  Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

United States Bankruptcy Court
Middle District of Georgia

In re:  
Catrina Lisette Frost  
      Debtor

Case No. 17-11025-aec  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113G-1     User: cet     Page 1 of 1     Date Rcvd: Feb 15, 2018  
                       Form ID: pdfntc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.  
db         Catrina Lisette Frost,   81 Blackbird Street,    Leary, GA   39862  
        +Keystone Foods,   Attn: Payroll,   6767 Old Madison Pike,   Bldg. 5, Suite 500,  
         Huntsville, AL 35806-4522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:  
        Kristin Hurst    ecf@ch13trustee.com,  courtdailysummary@ch13trustee.com  
        Robert J. Pinnero   on behalf of Debtor Catrina Lisette Frost  pinnerolaw@bellsouth.net  
        U.S. Trustee - MAC   Ustp.region21.mc.ecf@usdoj.gov  
                                                                                                                   TOTAL: 3